```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JOSH STONE,

                Plaintiff,
                                            O R D E R
        - against -
                                            20 Civ. 441(NRB)
ARIANA GRANDE ET AL.,

                Defendants.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters dated August 11, 2020 and August 14, 2020, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.  The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of defendants' motion to the filing of defendants' reply.

        **SO ORDERED.**

Dated:    New York, New York
          August 18, 2020

```
                                      _____
                                         NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE
```