UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH STONE,<br><br>                Plaintiff,<br><br>    -against-<br><br>ARIANA GRANDE, THOMAS LEE BROWN, TAYLOR MONET PARKS, KIMBERLY ANNE KRYSIUK, VICTORIA MONET MCCANTS, CHARLES MICHAEL ANDERSON, MICHAEL DAVID FOSTER, NJOMZA VITIA, BMG RIGHTS MANAGEMENT US LLC, WARNER-TAMERLANE PUBLISHING CORP., KOBALT SONGS MUSIC PUBLISHING, THE ROYALTY NETWORK INC., UNIVERSAL MUSIC CORPORATION, CONCORD MUSIC GROUP, INC.,<br><br>                Defendants. | Civil Action No. 20-CV-441-NRB<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION<br>TO DISMISS PLAINTIFF'S<br><u>FIRST AMENDED COMPLAINT</u>** |

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Ilene S. Farkas, Esq. dated September 29, 2020, and exhibits annexed thereto, and the accompanying Memorandum of Law, Defendants Ariana Grande-Butera, p/k/a Ariana Grande, Thomas Lee Brown, Taylor Monet Parks, Kimberly Anne Krysiuk, Victoria Monet McCants, Charles Michael Anderson, Michael David Foster, Njomza Vitia, BMG Rights Management US LLC, Warner-Tamerlane Publishing Corp., Kobalt Songs Music Publishing, The Royalty Network Inc., Universal Music Corp. (improperly sued as "Universal Music Corporation") and Concord Music Group ("Defendants"), shall move this Court, before the Honorable Naomi Reice Buchwald at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, Courtroom 21A, on a date and time to be directed by the Court, for an Order dismissing in its entirety with prejudice the First Amended Complaint of Plaintiff Josh Stone for failure to state a

claim for relief under Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure. The reasons and grounds for Defendants' motion are more fully set forth in the accompanying Memorandum of Law in support of this motion.

Dated: New York, New York
September 29, 2020

                                PRYOR CASHMAN LLP

                                By:    */s Ilene S. Farkas*
                                        Ilene S. Farkas
                                        ifarkas@pryorcashman.com
                                        Frank Scibilia
                                        fscibilia@pryorcashman.com
                                        Matthew S. Barkan
                                        mbarkan@pryorcashman.com
                                7 Times Square
                                New York, New York 10036
                                Tel: (212) 421-4100

                                *Attorneys for Defendants*

TO:    Tamir Rice, Esq.
        STUDIN YOUNG PC
        350 Motor Parkway, Suite 404
        Hauppauge, NY 11788
        Tel: (631) 414-7500
        tyoung@studinyounglaw.com

        *Attorneys for Plaintiff*