```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOSH STONE,

                        Plaintiff,                ORDER

        - against -                              20 Civ. 441 (NRB)

ARIANA GRANDE, THOMAS LEE BROWN,
TAYLOR MONET PARKS, KIMBERLY ANNE
KRYSIUK, VICTORIA MONET MCCANTS,
CHARLES MICHAEL ANDERSON, MICHAEL
DAVID FOSTER, NJOMZA VITIA, BMG
RIGHTS MANAGEMENT US LLC, WARNER-
TAMERLANE PUBLISHING CORP., KOBALT
SONGS MUSIC PUBLISHING, THE ROYALTY
NETWORK INC., UNIVERSAL MUSIC
CORPORATION, CONCORD MUSIC GROUP,
INC.,

                        Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         March 16, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE