UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH STONE,<br><br>       Plaintiff,<br><br>  - against –<br><br>ARIANA GRANDE, THOMAS LEE BROWN, TAYLOR MONET PARKS, KIMBERLY ANNE KRYSIUK, VICTORIA MONET MCCANTS, CHARLES MICHAEL ANDERSON, MICHAEL DAVID FOSTER, NJOMZA VITIA, BMG RIGHTS MANAGEMENT US LLC, WARNER-TAMERLANE PUBLISHING CORP., KOBALT SONGS MUSIC PUBLISHING, THE ROYALTY NETWORK, INC., UNIVERSAL MUSIC CORPORATION, CONCORD MUSIC GROUP, INC.,<br><br>       Defendants. | Case No. 20-cv-0441 (NRB)<br><br>**STIPULATION OF**<br>**<u>DISMISSAL WITH PREJUDICE</u>** |

  IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the above-captioned parties that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

  This stipulation may be executed in facsimile and in counterparts, which shall have the

same effect as an original.

Dated: New York, New York
       June __, 2021

| STUDIN YOUNG PC | PRYOR CASHMAN LLP |
|---|---|
| By: _____ <br> Tamir Young <br> 350 Motor Parkway, Ste. 404 <br> Hauppauge, New York 11788 <br> (631) 414-7500 <br> tyoung@studinyounglaw.com | By: _____ <br> Ilene S. Farkas <br> 7 Times Square <br> New York, New York 10036 <br> (212) 421-4100 <br> ifarkas@pryorcashman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |